**FILED**

May 16, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATIONS OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING VARIOUS PROPERTY AND THINGS, AND VARIOUS RELATED APPLICATIONS. | CASE NO.  22-SW-00217-EPG, 1:22-SW-00200-BAM, 1:22-SW-00194-BAM, 1:22-SW-00170-SAB, 1:22-SW-00129-SKO, 1:22-SW-00122-EPG, 1:22-SW-00111-EPG, 1:22-SW-00107-EPG, 1:22-SW-00092-EPG, 1:22-SW-00087-SKO, 1:22-SW-00037-SAB, 1:22-SW-00031-SAB, 1:22-SW-00027-SAB, 1:22-SW-00023-SAB, 1:22-SW-00022-SAB, 1:22-SW-00017-SKO, 1:22-SW-00014-SKO, 5:21-SW-00144-JLT, 5:21-SW-00124-JLT, 5:21-SW-00120-JLT, 5:21-SW-00114-JLT, 5:21-SW-00111-JLT, 5:21-SW-00110-JLT, 5:21-SW-00107-JLT, 5:21-SW-00106-JLT, 5:21-SW-00099-JLT, 5:21-SW-00084-JLT, 5:21-SW-00083-JLT, 5:21-SW-00077-JLT, 5:21-SW-00073-JLT, 5:21-SW-00070-JLT, 5:21-SW-00068-JLT, 5:21-SW-00058-JLT, 5:21-SW-00053-JLT, 5:21-SW-00052-JLT |
| | [PROPOSED] ORDER TO UNSEAL APPLICATIONS, AFFIDAVITS, SEARCH WARRANTS AND OTHER COURT ORDERS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the filings in the above-captioned matters be, and are, unsealed.

Dated:  **May 16, 2022**

The Honorable Stanley A. Boone
UNITED STATES MAGISTRATE JUDGE